NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ALICIA BELLANDI**

---

2013-1638

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 12/173,586.

---

**JUDGMENT**

---

EDWARD P. RYAN, Tutunjian & Bitetto, P.C., of Melville, NY, argued for appellant.

JOSEPH MATAL, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Deputy General Counsel for Intellectual Property Law and Solicitor, and KRISTI L. R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 16, 2014 | /s/Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |